# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHASTITY SUMMER MAY,
INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD,
CHRISTOPHER SETH DENISON

VERSUS

BOND-WROTEN EYE CLINIC, INC.

NO.   2020 CW 0502

CONSOLIDATED WITH

CHASTITY SUMMER MAY,
INDIVIDUALLY AND ON BEHALF
OF HER MINOR CHILD,
CHRISTOPHER SETH DENISON

VERSUS

BARBARA NOGUCHI, M.D.

**AUGUST 3, 2020**

---

In Re:   Barbara Noguchi, M.D., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2013-3318 c/w 2016-3159.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED IN PART WITH ORDER; WRIT DENIED IN PART.** The portion of the trial court's judgment granting plaintiffs' motion to compel the requests for production of documents Nos. 19, 20, 21, 22, 23, 24, 25, 26, 28, and 29 is vacated and the matter is remanded for production by defendant of the responsive documents to the trial court for in camera inspection and determination of relevancy and privilege.  We find no error in that portion of the trial court's judgment compelling responses to Interrogatory Nos. 16, 17, 18, 19, and 20 and ordering a full response to request for production No. 18.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT